```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                   FORT WORTH DIVISION
```

| | |
|---|---|
| HAROLD BAILEY § | |
| § | |
| VS. § | CIVIL ACTION NO.4:08-CV-500-Y |
| § | |
| MICHAEL J. ASTRUE, COMMISSIONER § | |
| OF SOCIAL SECURITY § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On October 5, 2009, the United States Magistrate Judge issued his findings, conclusions, and recommendation in this case ("the findings"). In the findings, the magistrate judge recommended that the decision of the Commissioner of the Social Security Administration of the United States ("the Commissioner") denying Plaintiff's claims for disability insurance benefits and for supplemental security income benefits be affirmed. The magistrate judge's order gave all parties until October 26 to serve and file with the Court written objections to his proposed findings.

Plaintiff filed his objections, asking this Court to reject the findings of the magistrate judge and reverse the Commissioner's decision due to the Commissioner's alleged failure to adequately develop and weigh the evidence. The Commissioner did not file a response.

After reviewing the findings, record, case law, and Plaintiff's objections, the Court finds that the findings should be and are hereby ADOPTED as the findings and conclusions of this Court for the reasons stated therein.

Therefore, it is ORDERED that the Commissioner's decision is AFFIRMED.

SIGNED November 2, 2009.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/jar

2